**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7517**

---

TRYGVE LEE BLAIR,

                                   Plaintiff - Appellant,

        versus

BISHOP ROBINSON, Superintendent of Public
Safety and Corrections; MICHAEL FLANIGAN,
Commissioner of the Division of Corrections;
WILLIAM JEDNORSKI, Warden of Baltimore City
Detention Center; FERLENE BAILEY, Administra-
tor; DOCTOR BRYD, PHP Medical Services; PHP
HEALTHCARE CORPORATION,

                                   Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-1639-WMN)

---

Submitted:  July 2, 1998          Decided:  July 20, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Trygve Lee Blair, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Blair v. Robinson</u>, No. CA-97-1639-WMN (D. Md. Sept. 25 & Oct. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>